

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00175-CV

**Ryan Colter**

v.

**Amkin Technologies, LLC**

NO. 2011-35412 IN THE 152ND DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $9.00 | 09/03/2014 | PAID | ANT |
| MT FEE | $10.00 | 06/21/2014 | E-PAID | ANT |
| CLK RECORD | $516.00 | 04/30/2014 | PAID | ANT |
| RPT RECORD | $1,729.00 | 04/29/2014 | PAID | ANT |
| FILING | $175.00 | 03/24/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 03/24/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $2,459.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this September 4, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**